NO









NO. 12-09-00316-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

 

REBECCA LOUISE MOORE,                         '     APPEAL
FROM THE 241ST

APPELLANT

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                        '     SMITH COUNTY,
TEXAS

 





MEMORANDUM OPINION

PER
CURIAM

Appellant
has filed a motion to dismiss this appeal.  The motion is signed by Appellant
and her counsel.  No decision having been delivered by this court, the motion
is granted, and the appeal is dismissed in accordance with Texas Rule of
Appellate Procedure 42.2.

Opinion delivered October 21,
2009.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 (DO NOT PUBLISH)